DOC # 2

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------X
AVGRAPHICS, INC., JEAN PIERRE AZOULAY
And DARIA MCDERMOTT,

                     Plaintiffs,

07 CIV 8430

Rule 7.1
Statement

    -against-

NYSE GROUP, INC.,
(successor in interest to New York
Stock Exchange, Inc.) JOHN GREGORETTI,
TONY WALENTY, SAM COCOZZA,
MARGARET DeB. TUTWILER, JOHN THAIN,
individually and as employees of
NYSE GROUP, INC., ANTHONY E. WILSON,
a/k/a TONY WILSON,
DANA GREGORETTI, and
E-TRADE, Securities LLC

                     Defendants.
------------------------------------------X

    Pursuant to Federal Rule of Civil Procedure 7.1 (formerly Local General Rule 1.9) and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for AVGRAPHICS, INC., (a private non-governmental party) certifies that there are no parent corporations nor any publicly held corporation that owns 10% or more of its stock.

Date: September 27, 2007

                                      Rocco G. Avallone (RA8055)
                                      Linda M. Cronin (LC0766)

1