UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------------
AVGRAPHICS, INC., JEAN PIERRE AZOULAY AND
DARIA MCDERMOTT,
                                      Plaintiff(s),

                        -against-

NYSE GROUP, INC., (successor in interest to New York
Stock Exchange, Inc.,) JOHN GREGORETTI, TONY
WALENTY, SAN COCOZZA, MARGARET DeB. TUTWILER,
JOHN THAIN, individually and as empoloyees of NYSE GROUP
INC., ANTHONY WILSON a/k/a TONY WILSON, DANA
GREGORETTI AND E-TRADE SECURITIES, LLC,
                                   Defendants.
-------------------------------------------------------------------------
STATE OF NEW YORK, COUNTY OF NASSAU      SS.:

07 CIV 8430

AFFIDAVIT OF SERVICE
OF AMENDED SUMMONS
AND AMENDED COMPLAINT

      JOHN MICHAEL DEVITO, being duly sworn deposes and says: that deponent is not a party to his action, is over 18 years of age and resides at Farmingdale, NY 11735. That on January 24, 2008 at 2:30 p.m. at 11 Wall Street, New York, New York, deponent served the within Amended Summons and Amended Complaint on defendant TONY WALENTY, therein named.

1. \_\_\_\_INDIVIDUAL by delivering a true copy *of each* to said defendants personally; deponent knew the person so served to the person described as said defendant therein.

2. \_\_\_\_CORPORATION a domestic corporation, by delivering thereat a true copy *of each* to personally, deponent knew said corporation so served to be the corporation described in said summons as said defendant and knew said individual to be AUTHORIZED TO ACCEPT thereof

3. \_X\_\_SUITABLE AGE PERSON by delivering thereat a true copy *of each* to a person of suitable age discretion. Said premises is defendant's - actual place of business - dwelling house - usual place of abode - within the state.

4. \_\_\_\_AFFIXING TO DOOR, ETC. by affixing a true copy *of each* to the door of said premises, which is defendant's - actual place of business - dwelling house - usual place of abode - within the state. Deponent was unable with due diligence to find defendant or a person of suitable age and discretion, thereat having called there

\_\_\_\_MAILING
use with 3 or 4
(if applicable)

Deponent also enclosed a copy of same in a postpaid sealed wrapper properly addresses to defendant at defendant's last known residence, at
and deposited said wrapper in - a post office - depository under exclusive care and custody of the United States Postal Service within New York State.
**MAILED IN AN ENVELOPE MARKED PERSONAL AND CONFIDENTIAL**

\_\_\_\_DESCRIPTION Deponent describes the individual served as follows:
1 or 3

| | | | | | |
|---|---|---|---|---|---|
| \_\_\_Male | \_\_\_White Skin | \_X\_Black Hair | \_\_\_14-20 Yrs. | \_\_\_Under 5' | \_\_\_Under 100 lbs. |
| \_X\_Female | \_X\_Black Skin | \_\_\_Brown Hair | \_\_\_21-35 Yrs. | \_\_\_5'0" - 5"3" | \_X\_100-130 lbs. |
| | \_\_\_Brown Skin | \_\_\_Blond Hair | \_X\_36-50 Yrs. | \_X\_5'4" - 5'8" | \_\_\_131-160 lbs. |
| | \_X\_Glasses | \_\_\_Gray Hair | \_\_\_51-65 Yrs. | \_\_\_5'9"-6'0" | \_\_\_161-200 lbs. |
| | | \_\_\_Red Hair | \_\_\_Over 65 Yrs. | \_\_\_Over 6' | \_\_\_Over 200 lbs. |
| | | \_\_\_White Hair | | | |
| | | \_\_\_Balding | | | |

Sworn to before me on January 25, 2008

                                                  JOHN MICHAEL DEVITO

*[Notary signature: ROSEMARY A. HOGAN, Notary Public, State of New York, Qualified in Nassau County, Commission expires 1/21/2011]*