## AFFIDAVIT OF SERVICE THROUGH THE SECRETARY OF STATE

Index # 07 CV 8430            Purchased/Filed: January 24, 2008

STATE OF NEW YORK     UNITED STATES DISTRICT COURT     SOUTHERN COUNTY

---

Avgraphics, Inc., Jean Pierre Azoulay and Daria McDermott     Plaintiff

against

NYSE Group, Inc. (successor in interest to New York Stock Exchange, Inc.), et al.     Defendant

---

STATE OF NEW YORK
COUNTY OF ALBANY     SS.:

_____Jessica Miller_____, being duly sworn, deposes and says: deponent is over the age of eighteen (18) years; that on _____January 24, 2008_____, at _____3:45pm_____, at the office of the Secretary of State of the State of New York in the City of Albany, New York deponent served the annexed

Summons in a Civil Action, First Amended Complaint with Jury Demanded, Rule 7.1 Statement with Exhibits Bearing the above Index # and Filing Date on

_____E*Trade Securities LLC s/h/a E-Trade Securities, LLC_____, the Defendant in this action, by delivering to and leaving with _____Chad Matice_____, AUTHORIZED AGENT in the Office of the Secretary of State, of the State of New York, personally at the Office of the Secretary of State of the State of New York, __2__ true copies thereof and that at the time of making such service, deponent paid said Secretary of State a fee of __40.00__ dollars; That said service was made pursuant to Section __303 Limited Liability Company Law__.

Deponent further says that deponent knew the person so served as aforesaid to be the agent in the Office of the Secretary of State of the State of New York, duly authorized to accept such service on behalf of said defendant.

Description of the person served: Approx. Age: __28yrs__    Approx. Wt: __200lbs__    Approx. Ht: __6'0"__
Color of skin: __wht__    Hair color: __Dk. Brn.__    Sex: __M__    Other: __Glasses__

Sworn to before me on this
__24th__ day of _____January 2008_____

DEBORAH A BOTTISTI
NOTARY PUBLIC, State of New York
No 01BO6036756, Qualified in Albany County
Commission Expires February 7, 2010

Jessica Miller

Invoice•Work Order # 0617192

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------------
AVGRAPHICS, INC., JEAN PIERRE AZOULAY AND
DARIA MCDERMOTT,
                             Plaintiff(s),

                 -against-

NYSE GROUP, INC., (successor in interest to New York
Stock Exchange, Inc.,) JOHN GREGORETTI, TONY
WALENTY, SAN COCOZZA, MARGARET DeB. TUTWILER,
JOHN THAIN, individually and as empoloyees of NYSE GROUP
INC., ANTHONY WILSON a/k/a TONY WILSON, DANA
GREGORETTI AND E-TRADE SECURITIES, LLC,
                             Defendants.
---------------------------------------------------------------------

07 CIV 8430

AFFIDAVIT OF SERVICE
OF AMENDED SUMMONS
AND AMENDED COMPLAINT

STATE OF NEW YORK, COUNTY OF NASSAU    SS.:

    JOHN MICHAEL DEVITO, being duly sworn deposes and says: that deponent is not a party to his action, is over 18 years of age and resides at Farmingdale, NY 11735. That on January 24, 2008 at 4:08 p.m. at 135 East 57th Street, New York, New York, deponent served the within Amended Summons and Amended Complaint on defendant E-Trade Securities, LLP therein named.

1. \_\_\_\_ INDIVIDUAL    by delivering a true copy *of each* to said defendants personally; deponent knew the person so served to the person described as said defendant therein.

2. \_\_\_\_ CORPORATION    a domestic corporation, by delivering thereat a true copy *of each* to personally, deponent knew said corporation so served to be the corporation described in said summons as said defendant and knew said individual to be AUTHORIZED TO ACCEPT thereof

3. \_X\_ SUITABLE AGE PERSON    by delivering thereat a true copy *of each* to a person of suitable age discretion. Said premises is defendant's - actual place of business - dwelling house - usual place of abode - within the state.

4. \_\_\_\_ AFFIXING TO DOOR, ETC.    by affixing a true copy *of each* to the door of said premises, which is defendant's - actual place of business - dwelling house - usual place of abode - within the state. Deponent was unable with due diligence to find defendant or a person of suitable age and discretion, thereat having called there

\_\_\_\_ MAILING
use with 3 or 4
(if applicable)

Deponent also enclosed a copy of same in a postpaid sealed wrapper properly addresses to defendant at defendant's last known residence, at
and deposited said wrapper in - a post office - depository under exclusive care and custody of the United States Postal Service within New York State.
**MAILED IN AN ENVELOPE MARKED PERSONAL AND CONFIDENTIAL**

\_\_\_\_ DESCRIPTION Deponent describes the individual served as follows:
1 or 3

| | | | | | |
|---|---|---|---|---|---|
| X Male | \_\_White Skin | X Black Hair | \_\_14-20 Yrs. | \_\_Under 5' | \_\_Under 100 lbs. |
| \_\_Female | \_\_Black Skin | \_\_Brown Hair | \_\_21-35 Yrs. | \_\_5'0" - 5'3" | \_\_100-130 lbs. |
| | X Brown Skin | \_\_Blond Hair | X 36-50 Yrs. | X 5'4" - 5'8" | X 131-160 lbs. |
| | \_\_Glasses | \_\_Gray Hair | \_\_51-65 Yrs. | \_\_5'9"-6'0" | \_\_161-200 lbs. |
| | | \_\_Red Hair | \_\_Over 65 Yrs. | \_\_Over 6' | \_\_Over 200 lbs. |
| | | \_\_White Hair | | | |
| | | \_\_Balding | | | |
| | | X Goatee | | | |

Sworn to before me on January 25, 2008

                                                   JOHN MICHAEL DEVITO