## AFFIDAVIT OF SERVICE THROUGH THE SECRETARY OF STATE

Index # 07 CV 8430                                                          Purchased/Filed: January 24, 2008

STATE OF NEW YORK    UNITED STATES DISTRICT COURT                           SOUTHERN COUNTY

---

Avgraphics, Inc., Jean Pierre Azoulay and Daria McDermott                   Plaintiff

against

NYSE Group, Inc. (successor in interest to New York Stock Exchange, Inc.), et al.    Defendant

---

STATE OF NEW YORK
COUNTY OF ALBANY     SS.:

Jessica Miller, being duly sworn, deposes and says: deponent is over the age of eighteen (18) years; that on January 24, 2008, at 3:45pm, at the office of the Secretary of State of the State of New York in the City of Albany, New York deponent served the annexed Summons in a Civil Action, First Amended Complaint with Jury Demanded, Rule 7.1 Statement with Exhibits Bearing the above Index # and Filing Date on NYSE Group, Inc., the Defendant in this action, by delivering to and leaving with Chad Matice, AUTHORIZED AGENT in the Office of the Secretary of State, of the State of New York, personally at the Office of the Secretary of State of the State of New York, 2 true copies thereof and that at the time of making such service, deponent paid said Secretary of State a fee of 40.00 dollars; That said service was made pursuant to Section 306 Business Corporation Law.

Deponent further says that deponent knew the person so served as aforesaid to be the agent in the Office of the Secretary of State of the State of New York, duly authorized to accept such service on behalf of said defendant.

Description of the person served: Approx. Age: 28yrs    Approx. Wt: 200lbs    Approx. Ht: 6'0"
Color of skin: wht    Hair color: Dk. Brn.    Sex: M    Other: Glasses

Sworn to before me on this

24th day of January 2008

Deborah A Bottisti (Berlin)
DEBORAH A BOTTISTI
NOTARY PUBLIC, State of New York
No 01BO6036756, Qualified in Albany County
Commission Expires February 7, 2010

Jessica Miller

Invoice•Work Order # 0617191

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------------
AVGRAPHICS, INC., JEAN PIERRE AZOULAY AND
DARIA MCDERMOTT,
                                    Plaintiff(s),

                    -against-

NYSE GROUP, INC., (successor in interest to New York
Stock Exchange, Inc.,) JOHN GREGORETTI, TONY
WALENTY, SAN COCOZZA, MARGARET DeB. TUTWILER,
JOHN THAIN, individually and as empoloyees of NYSE GROUP
INC., ANTHONY WILSON a/k/a TONY WILSON, DANA
GREGORETTI AND E-TRADE SECURITIES, LLC,
                                    Defendants.
-------------------------------------------------------------------------
STATE OF NEW YORK, COUNTY OF NASSAU          SS.:

07 CIV 8430

AFFIDAVIT OF SERVICE
OF AMENDED SUMMONS
AND AMENDED COMPLAINT

JOHN MICHAEL DEVITO, being duly sworn deposes and says: that deponent is not a party to his action, is over 18 years of age and resides at Farmingdale, NY 11735. That on January 24, 2008 at 2:30 p.m. at 11 Wall Street, New York, New York, deponent served the within Amended Summons and Amended Complaint on defendant NYSE GROUP, INC., therein named.

1. ____INDIVIDUAL  by delivering a true copy *of each* to said defendants personally; deponent knew the person so served to the person described as said defendant therein.

2. ____CORPORATION  a domestic corporation, by delivering thereat a true copy *of each* to  personally, deponent knew said corporation so served to be the corporation described in said summons as said defendant and knew said individual to be AUTHORIZED TO ACCEPT thereof

3. _X__SUITABLE AGE PERSON  by delivering thereat a true copy *of each* to a person of suitable age discretion. Said premises is defendant's - actual place of business - dwelling house - usual place of abode - within the state.

4. ____AFFIXING TO DOOR, ETC.  by affixing a true copy *of each* to the door of said premises, which is defendant's - actual place of business - dwelling house - usual place of abode - within the state. Deponent was unable with due diligence to find defendant or a person of suitable age and discretion, thereat having called there

____MAILING
use with 3 or 4
(if applicable)

Deponent also enclosed a copy of same in a postpaid sealed wrapper properly addresses to defendant at defendant's last known residence, at
and deposited said wrapper in - a post office - depository under exclusive care and custody of the United States Postal Service within New York State.
**MAILED IN AN ENVELOPE MARKED PERSONAL AND CONFIDENTIAL**

____DESCRIPTION Deponent describes the individual served as follows:
1 or 3

|  |  |  |  |  |  |
|---|---|---|---|---|---|
| ___Male | ___White Skin | _X__Black Hair | ___14-20 Yrs. | ___Under 5' | ___Under 100 lbs. |
| _X_Female | _X__Black Skin | ___Brown Hair | ___21-35 Yrs. | ___5'0" - 5'3" | _X__100-130 lbs. |
|  | ___Brown Skin | ___Blond Hair | _X_36-50 Yrs. | _X_5'4" - 5'8" | ___131-160 lbs. |
|  | _X__Glasses | ___Gray Hair | ___51-65 Yrs. | ___5'9"-6'0" | ___161-200 lbs. |
|  |  | ___Red Hair | ___Over 65 Yrs. | ___Over 6' | ___Over 200 lbs. |
|  |  | ___White Hair |  |  |  |
|  |  | ___Balding |  |  |  |

Sworn to before me on January 25, 2008

ROSEMARY A. HORAN
Notary Public, State of New York
Commission Expires 4/21/2011

_____
JOHN MICHAEL DEVITO