| AO 440 (Rev. 10/93) Summons in a Civil Action | **RETURN OF SERVICE** |
|---|---|
| SERVICE OF: | **AMENDED SUMMONS, FIRST AMENDED COMPLAINT, EXHIBITS, RULE 7.1 STATEMENT** |
| EFFECTED (1) BY ME: | **ANDREW PAWELEK** |
| TITLE: | **PROCESS SERVER**        DATE: 01/24/2008 07:24PM |

CHECK ONE BOX BELOW TO INDICATE APPROPRIATE METHOD OF SERVICE:

[ ] Served personally upon the defendant:

DANA GREGORETTI

Place where served:

12 SHIRE WAY   MIDDLETOWN NJ 07748

[X] Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein. Name of person with whom the summons and complaint were left:

JOHN GREGORETTI

Relationship to defendant: FATHER

Description of person accepting service:

SEX: M   AGE: 51-65   HEIGHT: 5'9"-6'0"   WEIGHT: 161-200 LBS.   SKIN: WHITE   HAIR: BROWN   OTHER: _____

[X] To the best of my knowledge, said person was not engaged in the U.S. Military at the time of service

**STATEMENT OF SERVER**

TRAVEL $ ____.____    SERVICES $ ____.____    TOTAL $ ____.____

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in this Return of Service and Statement of Server is true and correct.

DATE: 01/24/2008

_____ L.S.
SIGNATURE OF ANDREW PAWELEK
GUARANTEED SUBPOENA SERVICE, INC.
2009 MORRIS AVENUE
UNION, NJ 07083

01/24/08
JACQUELINE GONZALEZ
NOTARY PUBLIC OF NEW JERSEY
My Commission Expires Dec. 7, 2010

| ATTORNEY: | ROCCO G. AVALLONE, ESQ. |
|---|---|
| PLAINTIFF: | AVGRAPHICS INC., ET AL |
| DEFENDANT: | NYSE GROUP INC., ET AL |
| VENUE: | DISTRICT SDNY |
| DOCKET: | 07 CV 8430 |

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.