UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------
AVGRAPHICS, INC., JEAN PIERRE AZOULAY AND
DARIA MCDERMOTT,
                              Plaintiff(s),

        -against-

NYSE GROUP, INC., (successor in interest to New York
Stock Exchange, Inc.,) JOHN GREGORETTI, TONY
WALENTY, SAM COCOZZA, MARGARET DeB. TUTWILER,
JOHN THAIN, individually and as empoloyees of NYSE GROUP
INC., ANTHONY WILSON a/k/a TONY WILSON, DANA
GREGORETTI AND E-TRADE SECURITIES, LLC,
                              Defendants.
-----------------------------------------------------------------

07 CIV 8430

AFFIDAVIT OF SERVICE
OF AMENDED SUMMONS
AND AMENDED COMPLAINT

STATE OF NEW YORK, COUNTY OF NASSAU    SS.:

      JOHN MICHAEL DEVITO, being duly sworn deposes and says: that deponent is not a party to his action, is over 18 years of age and resides at Farmingdale, NY 11735. That on January 25, 2008 at 3:38 p.m. at 270 West 43rd Street, New York, New York, deponent served the within Amended Summons and Amended Complaint on defendant ANTHONY WILSON, therein named.

1.  _X_ INDIVIDUAL — by delivering a true copy *of each* to said defendant personally; deponent knew the person so served to the person described as said defendant therein.

2.  ___ CORPORATION — a domestic corporation, by delivering thereat a true copy *of each* to personally, deponent knew said corporation so served to be the corporation described in said summons as said defendant and knew said individual to be AUTHORIZED TO ACCEPT thereof

3.  ___ SUITABLE AGE PERSON — by delivering thereat a true copy *of each* to a person of suitable age discretion. Said premises is defendant's - actual place of business - dwelling house - usual place of abode - within the state.

4.  ___ AFFIXING TO DOOR, ETC. — by affixing a true copy *of each* to the door of said premises, which is defendant's - actual place of business - dwelling house - usual place of abode - within the state. Deponent was unable with due diligence to find defendant or a person of suitable age and discretion, thereat having called there

___ MAILING (use with 3 or 4) (if applicable) — Deponent also enclosed a copy of same in a postpaid sealed wrapper properly addresses to defendant at defendant's last known residence, at and deposited said wrapper in - a post office - depository under exclusive care and custody of the United States Postal Service within New York State.
**MAILED IN AN ENVELOPE MARKED PERSONAL AND CONFIDENTIAL**

___ DESCRIPTION (1 or 3) Deponent describes the individual served as follows:

| | | | | | |
|---|---|---|---|---|---|
| _X_ Male | _X_ White Skin | ___ Black Hair | ___ 14-20 Yrs. | ___ Under 5' | ___ Under 100 lbs. |
| ___ Female | ___ Black Skin | _X_ Brown Hair | ___ 21-35 Yrs. | ___ 5'0" - 5'3" | ___ 100-130 lbs. |
| | ___ Brown Skin | ___ Blond Hair | _C_ 36-50 Yrs. | _D_ 5'4" - 5'8" | _X_ 131-160 lbs. |
| | ___ Glasses | ___ Gray Hair | ___ 51-65 Yrs. | ___ 5'9"-6'0" | ___ 161-200 lbs. |
| | | ___ Red Hair | ___ Over 65 Yrs. | ___ Over 6' | ___ Over 200 lbs. |
| | | ___ White Hair | | | |
| | | ___ Balding | | | |

Sworn to before me on January 25, 2008

ROSEMARY A. HORAN
Notary Public, State of New York
No. 01HO5075365
Qualified in Nassau County
Commission Expires 4/21/2011

JOHN MICHAEL DEVITO