**Cooley**
GODWARD KRONISH LLP

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/11/08

Douglas P. Lobel

T: (703) 456-8019
dlobel@cooley.com

February 8, 2008



*VIA OVERNIGHT MAIL*

Hon. Denise L. Cote
United States District Judge
Daniel Patrick Moyniham U.S. Courthouse
500 Pearl Street, Room 1040
New York, NY 10007

**MEMO ENDORSED**

RECEIVED
FEB 11 2008
CHAMBERS OF
DENISE COTE

Re:   *Avgraphics, Inc. et al. v. NYSE Group, Inc. et al.*, No. 07-CV-8430 (DLC)

Dear Judge Cote:

We represent Defendant E*TRADE Securities LLC in this case.

E*TRADE and plaintiffs Avgraphics, Inc., Jean Pierre Azoulay and Daria McDermott have agreed that the time for E*TRADE to answer, move, or otherwise respond to plaintiffs' First Amended Complaint shall be extended from February 13, 2008, to and including March 14, 2008. No previous extensions of time have been requested.

Your Courtroom Deputy, Ms. Rojas, informs us that this letter may be submitted in lieu of filing a formal stipulation. Thank you for your consideration.

Respectfully submitted,

Douglas P. Lobel

cc:   Rocco G. Avallone, Esq. (by electronic and U.S. mail)
      Linda M. Cronin, Esq. (by electronic and U.S. mail)
      David E. Smith, Esq. (by electronic and U.S. mail)

So ordered -
/s/ Denise Cote
Feb. 11, 2008

353074/RE