# SMITH CAMPBELL, LLP

110 Wall Street
New York, New York 10005
Telephone: (212) 344-1500
Telecopier: (212) 344-5585

February 8, 2008

**VIA FEDERAL EXPRESS**

Hon. Denise Cote
United States District Judge
United States Courthouse
500 Pearl Street – Room 1040
New York, New York 10007



MEMO ENDORSED

Re: AVGraphics, Inc., *et al.* v. NYSE Group, Inc., *et al.*
07-cv-08430 (DLC)

Dear Judge Cote:

      We represent defendants NYSE Group, Inc., John Gregoretti, Anthony Walenty, Sam Cocozza, Margaret Deb. Tutwiler and John Thain in this action. Plaintiffs' counsel, Rocco G. Avallone, Esq., has agreed that our clients' time to answer, move or otherwise respond with respect to the First Amended Complaint is extended through and including March 14, 2008, provided that they will not assert a defense of lack of personal jurisdiction in response to that pleading.

      Your Honor's Courtroom Deputy, Ms. Rojas, has advised that this letter may serve to memorialize the extension of time.

Respectfully,

David S. Smith

So ordered.

/s/ Denise Cote
February 10, 2008

cc: Rocco G. Avallone, Esq. (via Federal Express)
     Joseph Samarias, Esq. (via Federal Express)