UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -  X

AVGRAPHICS, INC., JEAN PIERRE   :
AZOULAY and DARIA MCDERMOTT,

                        :

        Plaintiffs,

                        :

    vs.

                        :

NYSE GROUP, INC.,             :   07 CIV 8430 (DLC)
(successor in interest to New York       (ECF CASE)
Stock Exchange, Inc.) JOHN GREGORETTI,   :
TONY WALENTY, SAM COCOZZA      **NOTICE OF APPEARANCE**
MARGARET DeB. TUTWILER, JOHN      :
THAIN, individually and as employees of
NYSE GROUP, INC., ANTHONY E.      :
WILSON, a/k/a TONY WILSON,
DANA GREGORETTI, and            :
E-TRADE SECURITIES, LLC,

                        :

        Defendants.

                        :

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -  X


To the Clerk of this court and all parties of record:

        Douglas P. Lobel, a member of good standing in this Court, hereby enters his

appearance as counsel of record on behalf of Defendant E*TRADE Securities LLC, in the

above-captioned matter.

Dated: February 26, 2008           COOLEY GODWARD KRONISH LLP


                        By: /s/ Douglas P. Lobel         
                            Douglas P. Lobel (DL-3894)
                            One Freedom Square / Reston Town Center
                            11951 Freedom Drive
                            Reston, VA  20190-5656
                            (703) 456-8000

                        Attorneys for Defendant E*TRADE Securities LLC


353058 v1/RE