UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------- X
AVGRAPHICS, INC., JEAN PIERRE :
AZOULAY and DARIA MCDERMOTT,
 :
      Plaintiffs,
 :
  vs.
 :
NYSE GROUP, INC.,
(successor in interest to New York :  07 CIV 8430 (DLC)
Stock Exchange, Inc.) JOHN GREGORETTI,   (ECF CASE)
TONY WALENTY, SAM COCOZZA :
MARGARET DeB. TUTWILER, JOHN   **RULE 7.1  CORPORATE**
THAIN, individually and as employees of :  **DISCLOSURE STATEMENT**
NYSE GROUP, INC., ANTHONY E.
WILSON, a/k/a TONY WILSON, :
DANA GREGORETTI, and
E-TRADE SECURITIES, LLC, :

      Defendants.
 :
------------------------------------- X

    Pursuant to Federal Rule of Civil Procedure 7.1, and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, Defendant E*TRADE Securities LLC discloses that its corporate parent is E*TRADE Financial Corporation, a publicly held company.  No other publicly held corporation owns 10% or more of the stock of E*TRADE Financial Corporation.

Dated: February 26, 2008        COOLEY GODWARD KRONISH LLP

        By: /s/ Douglas P. Lobel
           Douglas P. Lobel (DL-3894)
           One Freedom Square / Reston Town Center
           11951 Freedom Drive
           Reston, VA  20190-5656
           (703) 456-8000

        Attorneys for Defendant E*TRADE Securities LLC