UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------- X

AVGRAPHICS, INC., JEAN PIERRE
AZOULAY and DARIA MCDERMOTT,

      Plaintiffs,

  vs.

NYSE GROUP, INC.,
(successor in interest to New York
Stock Exchange, Inc.) JOHN GREGORETTI,
TONY WALENTY, SAM COCOZZA
MARGARET DeB. TUTWILER, JOHN
THAIN, individually and as employees of
NYSE GROUP, INC., ANTHONY E.
WILSON, a/k/a TONY WILSON,
DANA GREGORETTI, and
E-TRADE SECURITIES, LLC,

      Defendants.

------------------------------------- X

07 CIV 8430 (DLC)
(ECF CASE)

**AFFIRMATION OF SERVICE**

Douglas P. Lobel, under penalty of perjury, states:

    I am an attorney at Cooley Godward Kronish LLP and a member of the Bar of the State of New York.  I represent defendant E*TRADE Securities LLC in this matter.

    On the 26th day of February 2008, I caused to be served a true copy of the Notice of Motion, Memorandum of Law In Support of Defendant's Motion to Dismiss, a Notice of Appearance, and Defendant's Rule 7.1 Disclosure Statement in the above-entitled action upon the following individuals:

BY FIRST CLASS MAIL AND ELECTRONIC MAIL:

Rocco G. Avallone, Esq.
Linda M. Cronin, Esq.
CRONIN & BYCZEK, LLP
1981 Marcus Avenue, Suite C-120
Lake Success, NY 11042
Telephone:   (516) 358-1700
Facsimile:   (516) 358-1730
Email:       ravallone@cblawyers.net
             lcronin@cblawyers.net

David S. Smith, Esq.
SMITH CAMPBELL, LLP
110 Wall Street
New York, NY 10005
Telephone:   (212) 344-1500
Facsimile:   (212) 344-5585
Email:       dsmith@sc-llp.com

Joan M. Markey, Esq.
ATTORNEY AT LAW
404 Park Avenue South, 16th Floor
New York, NY 10016
Telephone:   (212) 725-6288
Facsimile:   (212) 689-3315
Email:       jmmarkey@verizon.net

 

       /s/ Douglas P. Lobel
       Douglas P. Lobel (DL-3894)
       One Freedom Square / Reston Town Center
       11951 Freedom Drive
       Reston, VA  20190-5656
       (703) 456-8000