David S. Smith (DS 9092)
SMITH CAMPBELL, LLP
110 Wall Street
New York, New York 10005
(212) 344-1500

------------------------------------------------------------------------X
AVGRAPHICS, INC., JEAN PIERRE AZOULAY and
DARIA MCDERMOTT,

                              Plaintiffs,          07 CIV. 8430 (DLC)

      -against-

NYSE GROUP, INC. (successor in interest to
New York Stock Exchange, Inc.), JOHN GREGORETTI,
TONY WALENTY, SAM COCOZZA, MARGARET
DeB. TUTWILER, JOHN THAIN, individually and as      **FED.R.CIV.P. 7.1**
employees of NYSE GROUP, INC., ANTHONY E.          **STATEMENT**
WILSON, a/k/a TONY WILSON, DANA
GREGORETTI, and E-TRADE, Securities LLC,

                         Defendants.
------------------------------------------------------------------------X

        NYSE Group, Inc. is a wholly-owned subsidiary of NYSE Euronext, which trades publicly under the symbol "NYX." As of the date hereof, no publicly held corporation owns 10% or more of NYX stock.

Dated:   New York, New York
           March 4, 2008

                                        SMITH CAMPBELL, LLP

                                        By___/s/_____
                                            David S. Smith (DS 9092)
                                        110 Wall Street
                                        New York, New York 10005
                                        (212) 344-1500
                                        *Attorneys for Defendants*
                                          *NYSE Group, Inc., John Gregoretti,*
                                          *Anthony Walenty, Sam Cocozza,*
                                          *Margaret DeB. Tutwiler and John Thain*