David S. Smith (DS 9092)
SMITH CAMPBELL, LLP
110 Wall Street
New York, New York 10005
(212) 344-1500
------------------------------------------------------------------------X
AVGRAPHICS, INC., JEAN PIERRE AZOULAY and
DARIA MCDERMOTT,

                                 Plaintiffs,                07 CIV. 8430 (DLC)

        -against-

NYSE GROUP, INC. (successor in interest to
New York Stock Exchange, Inc.), JOHN GREGORETTI,
TONY WALENTY, SAM COCOZZA, MARGARET
DeB. TUTWILER, JOHN THAIN, individually and as       **NOTICE OF**
employees of NYSE GROUP, INC., ANTHONY E.        **APPEARANCE**
WILSON, a/k/a TONY WILSON, DANA
GREGORETTI, and E-TRADE, Securities LLC,

                              Defendants.
------------------------------------------------------------------------X

           PLEASE TAKE NOTICE that David S. Smith and the law firm Smith

Campbell, LLP hereby appear in this action as attorneys for defendants NYSE Group,

Inc., John Gregoretti, Anthony Walenty, Sam Cocozza, Margaret DeB. Tutwiler and

John Thain.

Dated:   New York, New York       SMITH CAMPBELL, LLP
          March 4, 2008

                               By___/s/_____
                                 David S. Smith (DS 9092)
                              110 Wall Street
                              New York, New York 10005
                              (212) 344-1500
                            *Attorneys for Defendants*
                               *NYSE Group, Inc., John Gregoretti,*
                               *Anthony Walenty, Sam Cocozza,*
                               *Margaret DeB. Tutwiler and John Thain*