# SMITH CAMPBELL, LLP

110 Wall Street
New York, New York 10005
Telephone: (212) 344-1500
Telecopier: (212) 344-5585

March 4, 2008

**VIA FEDERAL EXPRESS**

**MEMO ENDORSED**    RECEIVED
MAR 0 5 2008
CHAMBERS OF
DENISE COTE

Hon. Denise L. Cote
United States District Judge
United States Courthouse
500 Pearl Street – Room 1040
New York, New York 10007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/7/08

Re:    **AVGraphics, Inc., _et al._ v. NYSE Group, Inc., _et al._
07-cv-08430 (DLC)**

Dear Judge Cote:

We represent defendants NYSE Group, Inc., John Gregoretti, Anthony
Walenty, Sam Cocozza, Margaret Deb. Tutwiler and John Thain (the "NYSE
Defendants") in this action.

At present, March 14 is the adjourned deadline for the NYSE Defendants
to answer or move with respect to the First Amended Complaint. As set forth in my
letter to the Court dated February 8, 2008, plaintiffs' counsel consented to this extension
of time, which was the first adjournment requested by the NYSE Defendants. On
February 11, the Court so-ordered the March 14 date by memo endorsement. Docket
No. 15.

After the March 14 date was so-ordered, defendant E*TRADE Securities
LLC ("E*TRADE") filed a motion to dismiss pursuant to Rule 12(b)(1) for lack of federal
subject matter jurisdiction over this action. Docket Nos. 19, 20. We believe the motion is
well-founded. If E*TRADE's motion is granted, it should lead to dismissal of the entire
action because subject matter jurisdiction would be entirely absent.

If the action is not dismissed on E*TRADE's motion, the NYSE Defendants
intend to move for dismissal of the First Amended Complaint on other Rule 12
grounds. However, we would prefer to avoid burdening the Court with such a motion

SMITH CAMPBELL, LLP

Hon. Denise L. Cote
March 4, 2008
Page 2

until a ruling on the E*TRADE motion determines whether this action will remain in
this Court.

       Accordingly, the NYSE Defendants request that their time to answer or
move with respect to the First Amended Complaint be extended until 10 days after their
receipt of the Court's ruling on E*TRADE's pending motion to dismiss for lack of
subject matter jurisdiction.  I spoke yesterday with one of plaintiffs' attorneys,
Dominick Revellino, Esq., and he consented to this requested extension.

       As no return date has been scheduled for the E*TRADE motion, that
motion presumably will be pending as of March 28, which is the date scheduled for the
first pretrial conference.   Accordingly, we also request that the conference be adjourned
until after a ruling on E*TRADE'S motion.

       We thank the Court for its consideration of these requests.

Respectfully,

David S. Smith

cc:    Dominick Revellino, Esq. (via Federal Express)
       Douglas P. Lobel, Esq. (via Federal Express)

*[handwritten note:]* The conference and defendant NYSE's time to answer are adjourned sine die. Opposition to E*Trade's motion is due March 21; reply is due March 28.

*Denise Cote*
*March 7, 2008*