```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/11/08
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------x

AVGRAPHICS, INC., JEAN PIERRE AZOULAY and
DARIA MCDERMOTT,

                       Plaintiff,

                07 CIV 8430
                STIPULATION

        --against--

NYSE GROUP, INC., (successor in interest to New York
Stock Exchange, Inc.), JOHN GREGORETTI, TONY WALENTY,
SAM COCOZZA, MARGARET DeB. TUTWILER, JOHN THAIN,
Individually and as employees of NYSE GROUP, INC.,
ANTHONY E. WILSON a/k/a TONY WILSON, DANA GREGORETTI,
And E-TRADE, SECURITIES LLC,

                       Defendants.

----------------------------------------x

      IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned that defendants Anthony E. Wilson and Dana Gregoretti admit that each of them has been effectively served with a summons and complaint in this action; and it is further

02/08/2008  17:15  2126892499                LAWOFFICES                              PAGE 03/03

STIPULATED AND AGREED THAT the time for defendants to answer or otherwise move with respect to the first amended complaint herein be and is hereby extended until April 1, 2008.

CRONIN & BYCZEK LLP
Attorneys for Plaintiffs
By:

*[signature]*

Rocco G. Avallone (RA8055)
Suite C-120
Lake Success, NY 11042
516-358-1700


JOAN M. MARKEY
Attorney for Defendants
Anthony E. Wilson and Dana Gregoretti

*[signature]*

Joan M. Markey (JM8962)
404 Park Avenue South
16th floor
New York, New York 10016
(212) 725-6288


So ordered—
*[signature]*
March 11, 2008

02/11/2008  10:15  5163581738           CRONIN AND BYCZEK                         PAGE 03