

# CRONIN & BYCZEK, LLP

*Attorneys and Counselors at Law*

**The Gateway at Lake Success**
**1983 Marcus Avenue • Suite C-120**
**Lake Success, New York 11042**
(516) 358-1700 • Facsimile (516) 358-1730
E-Mail: Info@cblawyers.net

LINDA M. CRONIN
CHRISTOPHER S. BYCZEK*

OF COUNSEL
CHRISTOPHER FALCONETTI
DORIS RIOS DUFFY

DOMINICK REVELLINO
ROCCO G. AVALLONE**

HOWARD GREENWALD

*MEMBER OF NY AND FL BAR
**MEMBER OF NY AND CT BAR

FILED MAR 11 2008
CHAMBERS OF
DENISE COTE

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/11/08

March 6, 2008

Honorable Denise Cote
United States District Court
Southern District of New York
500 Pearl Street, Room 1040
New York, New York   10007

RE:   Avgraphics, et al v. NYSE Group, et al
      Docket No: 07 CIV 8430

Your Honor:

This office represents the Plaintiffs with regard to the above-captioned matter.

We have received notice that the Court has set a briefing schedule regarding the motion to dismiss by E-Trade for lack of jurisdiction and cancelled the conference scheduled for March 28, 2008.

Plaintiff respectfully requests a conference with the Court before the motions are briefed to discuss the jurisdictional issues. Plaintiff intends to cross move for permission to amend the complaint to include additional federal claims.

It is our hope that through discussions with the Court we may resolve some of the issues raised and both motions will be unnecessary. Should you have any questions, please feel free to contact the undersigned. Thank you for your consideration.

Yours truly,

Linda M. Cronin

*[Handwritten note from judge: The request for a conference is denied. Any motion to amend must be filed by March 21; opposition is due April 11; reply is due April 18.
Denise Cote
March 11, 2008]*