UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------------------------x
AVGRAPHICS, INC., JEAN PIERRE AZOULAY and
DARIA MCDERMOTT,

                                                                      07 CIV 8430 (DLC)
                        Plaintiff,                                      (ECF)

     --against---

NYSE GROUP, INC., (successor in interest to New York
Stock Exchange, Inc.), JOHN GREGORETTI, TONY WALENTY,
SAM COCOZZA, MARGARET DeB. TUTWILER, JOHN THAIN,
Individually and as employees of NYSE GROUP, INC.,
ANTHONY E. WILSON a/k/a TONY WILSON, DANA GREGORETTI,
And E-TRADE, SECURITIES LLC,

                        Defendants.

-------------------------------------------------------------------------------------x

NOTICE OF APPEARANCE

To the Clerk of the Clerk and all parties of record:

     Joan M. Markey, a member in good standing of this Court, hereby enters her appearance as counsel of record on behalf of Defendants Anthony E. Wilson and Dana Gregoretti in this action.

Dated: March 20, 2008

                                                 /s/ Joan M. Markey


                                                 _____
                                                 JOAN M. MARKEY(JM 8962)
                                                 404 Park Avenue South
                                                 16th floor
                                                 New York, N.Y. 10016
                                                 (212) 725-6288
                                                 Attorney for Defendants Anthony E.
                                                 Wilson and Dana Gregoretti

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------------------x
AVGRAPHICS, INC., JEAN PIERRE AZOULAY and
DARIA MCDERMOTT,

                                                                                                                                         07 CIV 8430 (DLC)
                                                   Plaintiff,                                             (ECF)


        --against---


NYSE GROUP, INC., (successor in interest to New York
Stock Exchange, Inc.), JOHN GREGORETTI, TONY WALENTY,
SAM COCOZZA, MARGARET DeB. TUTWILER, JOHN THAIN,
Individually and as employees of NYSE GROUP, INC.,
ANTHONY E. WILSON a/k/a TONY WILSON, DANA GREGORETTI,
And E-TRADE, SECURITIES LLC,

                Defendants.

-------------------------------------------------------------------------------------------------

AFFIRMATION OF SERVICE

      Joan M. Markey, an attorney duly admitted to practice before this Court, hereby affirms that on the 20th day of March 2008, I caused to be served a true copy of my Notice of Appearance on behalf of defendants Dana Gregoretti and Anthony E. Wilson upon the following persons by first class mail and email"

Linda M. Cronin, Esq.
Cronin & Byczek, LLP
1981 Marcus Avenue
Suite C-120
Lake Success, NY 11042
lcronin@cblawyers.net

David S. Smith, Esq.
Smith Campbell, LLP
110 Wall Street
New York, New York 100 5
dsmith@sc-llp.com

Douglas Pl Lobel
Cooley Godward Kronish LLP
One Freedom Square/Reston Town Center

11951 Freedom Drive
Reston, Va 20190-5656
dlobel@cooley.com

                                                                                                              _____
                                                                                                              JOAN M. MARKEY
                                                                                                              Attorney for Defendants Dana Gregoretti
                                                                                                                and Anthony E. Wilson

Dated: New York, New York
          March 20, 2008