**JOAN M. MARKEY**
**ATTORNEY AT LAW**
**404 PARK AVENUE SOUTH 16TH FLOOR**
**NEW YORK, NEW YORK 10016**
**212-725-6288(PHONE) 212-689-3315(FAX)**

March 27, 2008

Hon. Denise L. Cote
United States District Judge
United State Courthouse
500 Pearl Street—Room 1040
New York, New York 1007

                              Re: AVGraphics, Inc. et al. v. NYSE Group, Inc. et al.
                                  07  CIV 8430  (SDNY)
                                  08  Cc:(DLC)

Dear Judge Cote:

      I represent defendants Dana Gregoretti  and Anthony E. Wilson  ("Wilson")  in the above-captioned matter.

      The due date for them to answer or otherwise move against the First Amended Complaint in this action  has been adjourned once by stipulation so ordered by the Court on March 11, 2008. The current due date is April 1, 2008. (See Docket number 25 ).

      Defendant E-Trade Securities, LLC (E-Trade) has filed a motion to dismiss this matter pursuant to Rule 12(b)(1) for lack of subject matter jurisdiction. (Docket Nos. 19,20).Plaintiffs' counsel  has submitted an affirmation in response to that motion in which she concedes that  there is neither a federal claim nor complete diversity among the parties.(Docket No. 27) Thus, it seems probable that the Court will dismiss the First Amended Complaint herein.

      In these circumstances, I respectfully  request that the time for tdefendants Dana Gregoretti and Wilson to answer or otherwise move with respect to the first amended complaint be adjourned sine die, as it has been for  other defendants in this matter. (Docket No. 24.)  I telephoned  plaintiffs' counsel on March 20 and March 27, 2008 to

ask their consent to this request, but have not been able to reach either Ms. Cronin or Mr. Avallone.

  To reiterate, on behalf of defendants Dana Gregoretti and Anthony Wilson, I request that the time for them to answer or otherwise move against the First Amended Complaint be adjourned sine die.

           Respectfully submitted,

              /s/

            Joan M. Markey

Cc: Linda M. Cronin, Cronin & Byczek, LLP
  Attorney for Plaintiffs
  (via email and regular mail)

  Douglas Paul Lobel, Cooley Godward, LLP
  Attorney for Defendant E-Trade
  (via email and regular mail)

  David S. Smith, Esq.
  Attorney for Defendants NYSE Group, Inc., John Gregoretti, Tony Walenty, Sam Cocozza, Margaret Deb Tutwiler, and John Thain
  (via email and regular mail)