UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------- X
                                         :
AVGRAPHICS, INC., JEAN PIERRE AZOULAY and :
DARIA MCDERMOTT,                         :
                                         :
                     Plaintiffs,         :
                                         :
         -v-                             :
                                         :      07 Civ. 8430 (DLC)
                                         :
NYSE GROUP, INC., (successor in interest :
to New York Stock Exchange, Inc.), JOHN  :         ORDER
GREGORETTI, TONY WALENTY, SAM COCOZZA,   :
MARGARET DeB. TUTWILER, JOHN THAIN,      :
individually and as employees of NYSE    :
GROUP, INC., ANTHONY E. WILSON, a/k/a TONY :
WILSON, DANA GREGORETTI, and E-TRADE     :
SECURITIES, LLC,                         :
                                         :
                     Defendants.         :
                                         :
---------------------------------------- X

DENISE COTE, District Judge:

   By motion dated February 26, 2008, defendant E*TRADE Securities LLC moved to dismiss plaintiffs' complaint for lack of complete diversity among the parties. By affirmation dated March 19, counsel for the plaintiffs interposed no objection to E*TRADE's motion and requested that the motion be granted without prejudice to refiling the action in state court. Accordingly, it is hereby

   ORDERED that the above-captioned action be dismissed without prejudice to plaintiffs' refiling the action in state court. The Clerk of Court shall close the case.

   SO ORDERED:

Dated:   New York, New York
         March 28, 2008

                                    _____
                                            DENISE COTE
                                    United States District Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/28/08